LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>   v.<br>SUSAN BICKAR<br>A/K/A SUSAN CARLSON,<br>&<br>TIM CARLSON<br>              Defendant. | CASE NO. 2:09-MJ-146 GGH<br><br>REVISED STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |

    The parties agree that time beginning May 17, 2009 and extending through July 17, 2009 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendants consent to a further extension of the time for preliminary examination until July 17, 2009.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government may disclose to the defendants pre-indictment discovery and so that they may evaluate the evidence and possibly

1

reach a pre-indictment disposition.  The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until July 17, 2009.

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATE: June 8, 2009           By:    /s/ Matt Segal
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney

DATE: June 8, 2009                  /s/ Caro Marks
                                        CARO MARKS
                                        Counsel for Susan Bickar

DATE: June 8, 2009                  /s/ Jay Greiner
                                        JAY GREINER
                                        Counsel for TIM CARLSON

**SO ORDERED.**

DATED: June 8, 2009.

                                        _____
                                        U.S. MAGISTRATE JUDGE