LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-299 EJG |
| Plaintiff, | |
| v. | ORDER RE VICTIM NOTIFICATION |
| SUSAN BICKAR<br>    aka Susan Carlson,<br>    &<br>TIM CARLSON<br>         Defendants. | |

Upon consideration of the Government's Motion Regarding Victim Notification and for the reasons set forth therein, the Court finds that no further notice to potential victims is required in this case.

SO ORDERED.

DATE: September 14, 2009

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Judge