DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SUSAN BICKAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>SUSAN BICKAR,<br>    aka SUSAN M. CARLSON and<br>TIMOTHY F. CARLSON,<br><br>              Defendants.<br>_____ | Case No. 2:09-CR-00299-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  November 13, 2009<br>Time:  10:00 a.m.<br><br>Judge: Honorable Edward J. Garcia |

    It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, Caro Marks, attorney for defendant Susan Bickar, and Jay Greiner, attorney for Timothy F. Carlson, as follows:

    The Status Conference date of October 2, 2009, should be continued until November 13, 2009.

    The reason for the continuance is to give defense counsel adequate time to complete a forensic psychiatric examination of the defendant, set to take place October 16, 2009. Defense counsel also needs additional time to review the plea agreement with the defendant. After the mental health evaluation it is anticipated defendant will enter a

guilty plea.

IT IS STIPULATED that the period from the date of this stipulation up to and including November 13, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to permit necessary preparation by defense counsel.

Dated: October 1, 2009

>  Respectfully submitted,
>
>  DANIEL BRODERICK
>  Federal Defender
>
>  /s/ Caro Marks
>  _____
>  CARO MARKS
>  Assistant Federal Defender
>  Attorney for Defendant
>  SUSAN BICKAR

Dated: October 1, 2009

>  /s/ Jay Greiner
>  _____
>  JAY GREINER
>  Attorney for Defendant
>  TIMOTHY F. CARLSON

Dated: October 1, 2009

>  LARRY G. BROWN
>  United States Attorney
>
>  /s/ Matthew D. Segal
>  _____
>  MATTHEW D. SEGAL
>  Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for October 2, 2009, be continued to November 13, 2009, at 10:00 a.m.  Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation to and including November 13, 2009, the status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to prepare.

**IT IS SO ORDERED.**

DATED: October _1, 2009        _____/s/ Edward J._
                               EDWARD J. GARCIA
                               United States District Judge

3