```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SUSAN BICKAR
```

FILED
NOV 12 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN BICKAR,<br>    and<br>TIMOTHY F. CARLSON,<br><br>    Defendants. | Case No. 2:09-CR-00299-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA**<br><br>Date: November 20, 2009<br>Time: 10:00 a.m.<br>Judge: Honorable Edward J. Garcia |

It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, Caro Marks, attorney for defendant Susan Bickar, and Jay Greiner, attorney for Timothy F. Carlson, as follows:

The Status Conference date of November 13, 2009, should be continued until November 20, 2009, and set for change of plea on that date.

The reason for the continuance is to give the parties sufficient time to draft the plea agreement, and to give defense counsel sufficient time to review the agreement with the defendants. Thereafter, on November 20, 2009, defendant Susan Bickar will enter her

guilty plea.

IT IS STIPULATED that the period from the date of this stipulation up to and including November 20, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to permit necessary preparation by defense counsel.

Dated: November 10, 2009

                                              Respectfully submitted,

                                              DANIEL BRODERICK
                                              Federal Defender

                                              /s/ Caro Marks

                                              CARO MARKS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              SUSAN BICKAR

                                              /s/ Jay Greiner

Dated: November 10, 2009

                                              JAY GREINER
                                              Attorney for Defendant
                                              TIMOTHY F. CARLSON

Dated: November 10, 2009

                                              LARRY G. BROWN
                                              United States Attorney

                                              /s/ Matthew D. Segal

                                              MATTHEW D. SEGAL
                                              Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for November 13, 2009, be

2

1  continued to November 20, 2009, at 10:00 a.m.  Based on the
2  representations of defense counsel and good cause appearing therefrom,
3  the Court hereby finds that the failure to grant a continuance in this
4  case would deny defense counsel reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  The
6  Court finds that the ends of justice to be served by granting a
7  continuance outweigh the best interests of the public and the defendant
8  in a speedy trial.  It is ordered that time from the date of this
9  stipulation to and including November 20, 2009, the status conference
10 shall be excluded from computation of time within which the trial of
11 this matter must be commenced under the Speedy Trial Act pursuant to 18
12 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to
13 prepare.

**IT IS SO ORDERED.**

DATED: November 12, 2009

EDWARD J. GARCIA
United States District Judge

3